**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7375**

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

RODERICK WILLIAMS, JR.,

                                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (CR-97-41-3, CA-99-3-4)

———————————

Submitted:  February 24, 2000          Decided:  March 3, 2000

———————————

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Roderick Williams, Jr., Appellant Pro Se.  Michael R. Smythers, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roderick Williams, Jr., seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999) and his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Williams, Nos. CR-97-41-3; CA-99-3-4 (E.D. Va. Sept. 22 & Oct. 25, 1999). We deny leave to appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2